Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–16148–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher L. Jackson<br>aka CHRIS JACKSON, aka CHRISTOPH JACKSON, aka CHRISTOPHER JACKSON<br>427 Amesbury Pl<br>Glassboro, NJ 08028–3007 | Mary A. Jackson<br>aka MARY JACKSON, aka Mary Jackson,<br>aka Maryangela Jackson, aka<br>MARYANGELA JACKSON, aka<br>Maryangel Ramos<br>427 Amesbury Pl<br>Glassboro, NJ 08028–3007 |

Social Security No.:
  xxx–xx–4882                                                             xxx–xx–4191

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: June 10, 2019
JAN: admi

Jeanne Naughton
Clerk