Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19−16148−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher L. Jackson | Mary A. Jackson |
| aka CHRIS JACKSON, aka CHRISTOPH JACKSON, aka CHRISTOPHER JACKSON | aka MARY JACKSON, aka Mary Jackson, aka Maryangela Jackson, aka MARYANGELA JACKSON, aka Maryangel Ramos |
| 427 Amesbury Pl | 427 Amesbury Pl |
| Glassboro, NJ 08028−3007 | Glassboro, NJ 08028−3007 |

Social Security No.:
  xxx−xx−4882                                  xxx−xx−4191
Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on August 27, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 27, 2019
JAN: bc

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-16148-ABA
Christopher L. Jackson                                                          Chapter 13
Mary A. Jackson
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 4             Date Rcvd: Aug 27, 2019
                               Form ID: 148               Total Noticed: 112

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
```
db/jdb         Christopher L. Jackson,    Mary A. Jackson,    427 Amesbury Pl,    Glassboro, NJ  08028-3007
518144724     +06 Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
518144725      AFC Urgent Care,    2001 College Dr Ste 11,    Clementon, NJ  08021-5617
518144727      APS Medical Billing Specialist,    2527 Cranberry Hwy,    Wareham, MA  02571-1046
518144726      Akron Billing Center,    3585 Ridge Park Dr,    Akron, OH  44333-8203
518144733      Capital One Bank USA N.A.,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
518144734      Capital One N.A.,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
518144738      Commenity Capital Bank/Modell's MVP,    PO Box 183003,    Columbus, OH  43218-3003
518144741      Cooper University Health Care,    PO Box 2090,    Morrisville, NC  27560-2090
518144743      Deptford Twp. MUA,    898 Cattell Rd,    Wenonah, NJ  08090-1521
518269840      Emergency Care Services of NJ, P.A.,    PO Box 1123,    Minneapolis MN 55440-1123
518144747      Emergency Care Services of NJ, PA,    PO Box 740021,    Cincinnati, OH  45274-0021
518144748      Emergency Phys Assoc. of S. Jersey, PC,    PO Box 740021,    Cincinnati, OH  45274-0021
518269748      Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
518144750      Eos Cca,    PO Box 981008,    Boston, MA  02298-1008
518144751      Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ  08054-1297
518144752      Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ  08054-1297
518144757     #+Global Lending Service,    5 Concourse Pkwy,    Atlanta, GA 30328-7104
518220497     +Global Lending Services, LLC.,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518144759      H&R Block,    876 Delsea Dr N,    Glassboro, NJ  08028-1438
518144760      HRRG,    PO Box 8486,    Coral Springs, FL  33075-8486
518144761      Inspira Health Network,    PO Box 650292,    Dallas, TX  75265-0292
518144764      Jefferson Health - New Jersey,    500 Marlboro Ave,    Cherry Hill, NJ  08002-2020
518144766     +Kennedy Health,    Kennedy University Hospital,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2054
518144767      Kennedy Medical Group Practice,    PO Box 95000,    Philadelphia, PA  19195-0001
518144768      Kennedy Medical Group Practice, P.C.,    PO Box 95000,    Philadelphia, PA  19195-0001
518144769      Kent Abraham,    16 W 6th Ave,    Runnemede, NJ  08078-1314
518144770      Liberty Mutual Insurance Co.,    100 Willow Brook Rd,    Freehold, NJ  07728-5919
518165643     +Liberty Mutual Insurance Company,    Clark & DiStefano, PC,    1500 Mettinghouse Road,
                Sea Girt, NJ 08750-2220
518144771      Louis A. Greenfield, Esq.,    Jefferson Capital Systems, L.L.C.,    PO Box 17210,
                Golden, CO  80402-6020
518144772      Lvnv Funding LLC,    Greenville, SC  29601
518144773      Mariner Finance,    8211 Town Center Dr,    Nottingham, MD  21236-5904
518144774      Mariner Finance,    Attn: Bankruptcy Department,    8211 Town Center Dr,
                Baltimore, MD  21236-5904
518144775      Medexpress Urgent Care, NJ,    875 Mantua Pike,    Woodbury, NJ  08096-3337
518144778      Mrs Associates,    1930 Olney Ave,    Cherry Hill, NJ  08003-2016
518144781      NJ Attorney General,    25 Market St,    Trenton, NJ  08611-2148
518144779     +Nation Auto,    123 S Delsea Dr,    Glassboro, NJ 08028-2604
518144780      Ncc Business Svcs Inc,    PO Box 24739,    Jacksonville, FL  32241-4739
518144782      Northeastern Title Loans,    103 Naamans Rd,    Claymont, DE  19703-2713
518186331     +Northeastern Title Loans, LLC,    3440 Preston Ridge Rd., Ste 500,    Alpharetta, GA 30005-3823
518144783      Ocean Home Health,    PO Box 825570,    Philadelphia, PA  19019-5570
518144787     +PSE G,    80 Park Plz,    Newark, NJ 07102-4194
518238569      PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518144784      Pallies Auto,    540 Delsea Dr # A,    Sewell, NJ  08080-2827
518174330     +Pallies Auto Sales Inc,    Amar A. Agrawal, Esquire,    Eisenberg, Gold & Agrawal P.C.,
                1040 North Kings Highway Suite 200,    Cherry Hill NJ 08034-1925
518176559     +Pallies Auto Sales Inc,    Eisenburg,Gold & Agrawal. P.C.,    1040 North Kings Highway, Suite 200,
                Cherry Hill NJ 08034-1925
518174432     +Pallies Auto Sales, Inc.,    540A Delsea Drive,    Sewell, NJ 08080-2827
518144785      Patient First,    630 Mantua Pike,    Woodbury, NJ  08096-3233
518144788      Rachel Long,    221 E High St Apt A,    Glassboro, NJ  08028-2309
518144789      Receivables Systems, Inc.,    PO Box 73810,    Richmond, VA  23235-8047
518144790      Recmgmt Srvc,    240 Emery St,    Bethlehem, PA  18015-1980
518144791      Regional Diagnostic Imaging, LLC,    2527 Cranberry Hwy,    Wareham, MA  02571-1046
518144792      Renee E. Suglia, Esquire,    Assistant General Counsel Pepco Holdings,
                500 N Wakefield Dr # 92Dc42,    Newark, DE  19702-5440
518144793      Robert P. Clark,    Clark & DiStefano, PC,    1500 Meeting House Rd,    Sea Girt, NJ  08750-2220
518144794      Rosemary Turner,    c/o Liberlty Mutual Insurance Co.,    100 Willow Brook Rd,
                Freehold, NJ  07728-5919
518144800     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,     Division of Taxation,    PO Box 245,
                Trenton, NJ  08695-0245)
518144796     +Sequium Asset Solution,    1130 Northchase Parkway St,    Marietta, GA 30067-6413
518144799      State of New Jersey,    Motor Vehicle Surcharge Violation System,    PO Box 1502,
                Moorestown, NJ  08057-9704
518144808     ++TEMPOE  LLC DBA WHY NOT LEASE IT,    ATTN BOB HOLWADEL,    720 EAST PETE ROSE WAY SUITE 400,
                CINCINNATI OH 45202-3576
              (address filed with court:  WhyNotLeaseIt,     1750 Elm St,    Manchester, NH  03104-2907)
```

```
District/off: 0312-1           User: admin              Page 2 of 4                  Date Rcvd: Aug 27, 2019
                               Form ID: 148             Total Noticed: 112


518144804      +Washington Way,    2049 Barnsboro Rd,    Blackwood, NJ 08012-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 23:30:57      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 23:30:54       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518260130      +EDI: CINGMIDLAND.COM Aug 28 2019 02:58:00      AT&T Mobility II LLC,   %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
518144728       EDI: CINGMIDLAND.COM Aug 28 2019 02:58:00      At T Mobility,   208 S Akard St,
                 Dallas, TX 75202-4206
518144729       E-mail/Text: bankruptcy@pepcoholdings.com Aug 27 2019 23:30:23
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
518144730       E-mail/Text: clientrep@capitalcollects.com Aug 27 2019 23:31:42      Capital Collection Service,
                 PO Box 150,   West Berlin, NJ 08091-0150
518144731       EDI: CAPONEAUTO.COM Aug 28 2019 02:58:00      Capital One Auto Finan,   PO Box 259407,
                 Plano, TX 75025-9407
518144732       EDI: CAPONEAUTO.COM Aug 28 2019 02:58:00      Capital One Auto Finance,   Attn: Bankruptcy,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
518162619      +EDI: AISACG.COM Aug 28 2019 02:58:00      Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518189224      +EDI: AISACG.COM Aug 28 2019 02:58:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,   Houston, TX 77210-4360
518144735       E-mail/Text: bankruptcy@philapark.org Aug 27 2019 23:31:32      City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,   Philadelphia, PA 19101-1819
518144736       EDI: WFNNB.COM Aug 28 2019 02:58:00      Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
                 PO Box 182125,   Columbus, OH 43218-2125
518144737       EDI: WFNNB.COM Aug 28 2019 02:58:00      Comenitybank/victoria,   PO Box 182789,
                 Columbus, OH 43218-2789
518144739       EDI: CONVERGENT.COM Aug 28 2019 02:58:00      Convergent Outsourcing,   PO Box 9004,
                 Renton, WA 98057-9004
518144740      +EDI: CONVERGENT.COM Aug 28 2019 02:58:00      Convergent Outsourcing, Inc.,   800 SW 39th St,
                 Renton, WA 98057-4927
518144744       EDI: DIRECTV.COM Aug 28 2019 02:58:00      DIRECTV,   PO Box 5007,
                 Carol Stream, IL 60197-5007
518144742       E-mail/Text: dtmua-am@deptford-nj.org Aug 27 2019 23:31:17      Deptford Township MUA,
                 PO Box 5506,   Deptford, NJ 08096-0506
518268903      +EDI: AIS.COM Aug 28 2019 02:58:00      Directv, LLC,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518144745       EDI: ESSL.COM Aug 28 2019 02:58:00      Dish Network,   9601 S Meridian Blvd,
                 Englewood, CO 80112-5905
518144746       EDI: DCI.COM Aug 28 2019 02:58:00      Diversified Consultant,   PO Box 551268,
                 Jacksonville, FL 32255-1268
518144749       E-mail/Text: bknotice@ercbpo.com Aug 27 2019 23:31:00      Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
518144753       EDI: BLUESTEM Aug 28 2019 02:58:00      Fingerhut,   Attn: Bankruptcy,   PO Box 1250,
                 Saint Cloud, MN 56395-1250
518144755       EDI: AMINFOFP.COM Aug 28 2019 02:58:00      First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518144754       EDI: AMINFOFP.COM Aug 28 2019 02:58:00      First Premier Bank,   Attn: Bankruptcy,
                 PO Box 5524,   Sioux Falls, SD 57117-5524
518144756       EDI: AMINFOFP.COM Aug 28 2019 02:58:00      Fst Premier,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518144758       E-mail/Text: bankruptcy@glsllc.com Aug 27 2019 23:29:20      Global Lending Service,
                 Attn: Bankruptcy,   PO Box 10437,   Greenville, SC 29603-0437
518208050       E-mail/Text: bankruptcy@glsllc.com Aug 27 2019 23:29:20      Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518144762      +EDI: IRS.COM Aug 28 2019 02:58:00      IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
518210272       EDI: JEFFERSONCAP.COM Aug 28 2019 02:58:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
518144763       EDI: JEFFERSONCAP.COM Aug 28 2019 02:58:00      Jefferson Capital Systems, LLC,
                 aka Comenity Capital Bank,   PO Box 17210,   Golden, CO 80402-6020
518164877       EDI: RESURGENT.COM Aug 28 2019 02:58:00      LVNV Funding, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
518182846       EDI: MERRICKBANK.COM Aug 28 2019 02:58:00      MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
518144776       EDI: MERRICKBANK.COM Aug 28 2019 02:58:00      Merrick Bank Corp,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
518144777       EDI: MERRICKBANK.COM Aug 28 2019 02:58:00      Merrick Bank/Cardworks,   Attn: Bankruptcy,
                 PO Box 9201,   Old Bethpage, NY 11804-9001
518279893       EDI: PRA.COM Aug 28 2019 02:58:00      Portfolio Recovery Associates, LLC,
                 C/Ocapital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541
518239112      +E-mail/Text: bankruptcy@pseg.com Aug 27 2019 23:29:24      PSE&G,   Attn: Bankruptcy Dept,
                 PO Box 490,   Cranford NJ 07016-0490
518244062      +E-mail/Text: colleen.atkinson@rmscollect.com Aug 27 2019 23:31:39
                 Patient First c/o Receivables Management Systems,    PO Box 73810,
                 North Chesterfield, VA 23235-8047
```

```
District/off: 0312-1          User: admin              Page 3 of 4                   Date Rcvd: Aug 27, 2019
                              Form ID: 148             Total Noticed: 112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518144786        EDI: PRA.COM Aug 28 2019 02:58:00      Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,
                 Norfolk, VA   23502-4952
518211302       +EDI: JEFFERSONCAP.COM Aug 28 2019 02:58:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518269015        EDI: Q3G.COM Aug 28 2019 02:58:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA   98083-0788
518190705       +E-mail/Text: jkatsios@gsicollections.com Aug 27 2019 23:30:26
                 Regional Diagnostic Imaging, LLC,   c/o GSI Recovery, LLC,   PO Box 1026,
                 Bloomfield, NJ 07003-1026
518144798        EDI: NEXTEL.COM Aug 28 2019 02:58:00      Sprint,   1800 Clements Bridge Rd,
                 Woodbury, NJ   08096-2021
518144795        E-mail/Text: jennifer.chacon@spservicing.com Aug 27 2019 23:31:43
                 Select Portfolio Servicing, Inc.,   PO Box 65250,   Salt Lake City, UT   84165-0250
518144797        EDI: SWCR.COM Aug 28 2019 02:58:00      Southwest Credit,   4120 International Pkwy Ste 1100,
                 Carrollton, TX   75007-1958
518144801        EDI: AISTMBL.COM Aug 28 2019 02:58:00      T-Mobile,   PO Box 742596,
                 Cincinnati, OH   45274-2596
518164760       +EDI: AIS.COM Aug 28 2019 02:58:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518144802        E-mail/Text: bankruptcydepartment@tsico.com Aug 27 2019 23:31:26      Transworld Systems, INc.,
                 PO Box 15618,   Wilmington, DE   19850-5618
518144803       +EDI: VERIZONCOMB.COM Aug 28 2019 02:58:00      VERIZON,   140 West St,   New York, NY 10007-2123
518236865       +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 27 2019 23:30:55
                 WESTLAKE FINANCIAL SERVICES,   4751 WILSHIRE BLVD,   SUITE 100,   LOS ANGELES CA 90010-3847
518144805        EDI: BLUESTEM Aug 28 2019 02:58:00      Webbank/fingerhut,   6250 Ridgewood Rd,
                 Saint Cloud, MN   56303-0820
518144806        E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 27 2019 23:30:55
                 Westlake Financial Services,   Attn: Bankruptcy,   PO Box 76809,   Los Angeles, CA  90076-0809
518144807       +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 27 2019 23:30:55
                 Westlake Financial Svc,   4751 Wilshire Blvd # Bvld,   Los Angeles, CA 90010-3847
                                                                                               TOTAL: 52

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Pallies Auto Sales, Inc.,   540A Delsea Drive,   Sewell, NJ 08080-2827
518144765*      Jefferson Health New Jersey,   500 Marlboro Ave,   Cherry Hill, NJ   08002-2020
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
              Amar Anand Agrawal    on behalf of Creditor    Pallies Auto Sales, Inc. aagrawal@egalawfirm.com,
               ksantiago@egalawfirm.com
              Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services, LLC
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Ronald E. Norman    on behalf of Joint Debtor Mary A. Jackson ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
```

```
District/off: 0312-1          User: admin                Page 4 of 4            Date Rcvd: Aug 27, 2019
                              Form ID: 148               Total Noticed: 112
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronald E. Norman    on behalf of Debtor Christopher L.  Jackson ronaldenorman@comcast.net, dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 7