Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−16148−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher L. Jackson
aka CHRIS JACKSON, aka CHRISTOPH
JACKSON, aka CHRISTOPHER
JACKSON
427 Amesbury Pl
Glassboro, NJ 08028−3007

Mary A. Jackson
aka MARY JACKSON, aka Mary Jackson,
aka Maryangela Jackson, aka
MARYANGELA JACKSON, aka
Maryangel Ramos
427 Amesbury Pl
Glassboro, NJ 08028−3007

Social Security No.:
 xxx−xx−4882

 xxx−xx−4191

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 4, 2019</u>

<u>Andrew B. Altenburg Jr.</u>
Judge, United States Bankruptcy Court